UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JUDGE HIBBLER

**FILED**
JUL 23, 2009
JUL 2 3 2009
Jul 23, 2009
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

JORGE GUADALUPE AYALA-GERMAN

09 CR 546
Violation: 21 U.S.C. Section 856(a)(1)

MAGISTRATE JUDGE ASHMAN

The SPECIAL FEBRUARY 2008-2 GRAND JURY charges:

On or about June 12, 2009, at Joliet, in the Northern District of Illinois, Eastern Division,

JORGE GUADALUPE AYALA-GERMAN

defendant herein, did knowingly maintain a house, namely a residence at 1519 Cambria Court, Joliet,

Illinois, for the purpose of distributing controlled substances, namely, 5 kilograms or more of

mixtures and substances containing a detectable amount of cocaine, a Schedule II Narcotic Drug

Controlled Substance;

In violation of Title 21 United States Code, Section 856(a)(1).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY